## GOODWINE *v.* STEPHENS.

From the Fountain Circuit Court.

*G. Mc Williams* and *J. Ristine,* for appellant.

*W. A. Tipton,* for appellee.

PERKINS, J.—This case presents the same questions for our decision that were presented and decided in the case of *Goodwine* v. *Stephens,* 63 Ind. 112, at this term.

For the reasons there given, this case is reversed.

Judgment reversed, with costs, and cause remanded, etc.

## GOODWINE *v.* STEPHENS.

From the Fountain Circuit Court.

*G. Mc Williams* and *J. Ristine,* for appellant.

*W. A. Tipton,* for appellee.

PERKINS, J.—The questions for decision in this cause are the same as those presented and decided in the case of *Goodwine* v. *Stephens,* 63 Ind. 112, at this term.

For the reasons there given this case must be reversed.

Judgment reversed, with costs, and cause remanded, etc.